

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00869-CV

**IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Delivered and Filed: November 21, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On November 15, 2018, relator filed a petition for writ of mandamus and a motion for temporary stay of discovery. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary stay of discovery is also DENIED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016CV05902, styled *Carmen Smith v. Allstate Fire and Casualty Co. and Sonia Adee*, pending in the County Court at Law No. 9, Bexar County, Texas, the Honorable Walden Shelton presiding.